## Gwendolyn ARCHIBALD, Plaintiff—Appellant,

v.

## TIDEWATER COMMUNITY COLLEGE, Defendant— Appellee.

### No. 05–1894.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 17, 2006.

Decided: March 7, 2006.

Gwendolyn Archibald, Appellant Pro Se. Martha Murphey Parrish, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gwendolyn Archibald appeals the district court's order granting summary judgment to her employer on her claims of race discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e–2 & 2000e–3 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See Archibald v. Tidewater Community College,* No. CA–04–489–2 (E.D.Va. July 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*